UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roberto Fernando Jimenez Arroyo,

Plaintiff,

-v-

Lacoste USA, Inc.,

Defendant.

26-CV-6647 (AS)

ORDER

ARUN SUBRMANIAN, United States District Judge:

Defendant in this action appears to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), **within two weeks of the date of this Order**. Plaintiff is reminded that liability is not established merely through default, and the Court will determine whether the facts alleged are sufficient to state a claim for relief as to each cause of action for which the plaintiff seeks judgment by default. The Court has ruled on the scope and applicability of the ADA to websites in *Fernandez v. Gainful Health*, 2025 WL 3538839 (S.D.N.Y. Dec. 10, 2025), and plaintiff will be required to demonstrate why the case as pleaded satisfies the ADA's requirements as construed in that case.

If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiff shall serve a copy of this Order on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

The initial pretrial conference scheduled for November 5, 2026 is cancelled.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge